UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**KAREN PIZZO,**

    **Plaintiff,**                                       **CASE NO.:  8:16-cv-00776-EAK-MAP**

v.

**POLLACK & ROSEN, P.A.,**

    **Defendant.**
_____/

**NOTICE OF PENDING SETTLEMENT**

    Plaintiff, Karen Pizzo, by and through undersigned counsel, hereby files this Notice of Pending Settlement.  By submission of this Notice, submitting counsel represents that this matter has settled in principal subject to final documentation and respectfully requests that any scheduled hearings be removed from the Court's calendar.

Dated:  January 25, 2017                              Respectfully Submitted,

                                                                  **CENTRONE & SHRADER, PLLC**
                                                                  612 W. Bay Street
                                                                  Tampa, FL 33606

                                                                  /s/ Brian L. Shrader
                                                                 **BRIAN L. SHRADER, ESQ.**
                                                                  Florida Bar No.: 57251
                                                                  e-mail: bshrader@centroneshrader.com
                                                                  **GUS M. CENTRONE, ESQ.**
                                                                  Florida Bar No.: 30151
                                                                  e-mail: gcentrone@centroneshrader.com
                                                                  **PAMELA N. WESTFALL, ESQ.**
                                                                  Florida Bar No.: 106230
                                                                  e-mail: pwestfall@centroneshrader.com
                                                                  Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on January 25, 2017, I presented a true and correct copy of the foregoing to the Clerk of the United States District Court for the Middle District of Florida Tampa Division, for filing and uploading to the CM/ECF system.

                              /s/ Brian L. Shrader_____
                              **Attorney**