UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**KAREN PIZZO,**

    Plaintiff,                             CASE NO.: 8:16-cv-00776-EAK-MAP

v.

**POLLACK & ROSEN, P.A.,**

    Defendant.
_____/

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed, by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice, as to Pollack & Rosen, P.A., pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii). Each party is to bear their own fees and costs except as otherwise agreed upon between the parties prior to this stipulation.

Dated: February 28, 2017                          Respectfully Submitted,

| | |
|---|---|
| **CENTRONE & SHRADER, PLLC** | **KAPLAN ZEENA LLP** |
| 612 W. Bay Street | 2 South Biscayne Blvd. |
| Tampa, Florida 33606 | One Biscayne Tower, Suite 3050 |
| Phone: (813) 360-1529 | Miami, FL 33131 |
| Fax: (813) 336-0832 | Phone: (305) 530-0800 |
| | |
| /s/ Brian L. Shrader | /s/ Robin Corwin Campbell |
| **GUS M. CENTRONE, ESQ.** | **ROBIN CORWIN CAMPBELL, ESQ.** |
| Florida Bar No.: 30151 | Florida Bar No.: 327931 |
| e-mail: gcentrone@centroneshrader.com | e-mail: robin.campbell@kaplanzeena.com |
| **BRIAN L. SHRADER, ESQ.** | Attorney for Defendant |
| Florida Bar No.: 57251 | |
| e-mail: bshrader@centroneshrader.com | |
| **PAMELA N. WESTFALL, ESQ.** | |
| Florida Bar No.: 106230 | |
| e-mail: pwestfall@centroneshrader.com | |
| Attorneys for Plaintiff | |

1

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on February 28, 2017, I presented a true and correct copy of the foregoing to the Clerk of the United States District Court for the Middle District of Florida Tampa Division, for filing and uploading to the CM/ECF system.

                                        /s/ Brian L. Shrader_____
                                        **Attorney**